UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                                                            PLAINTIFF

vs.                                                                            NO.   3:18-CR-00188-CHB-RSE

GREGORY A. BUSH                                                                                     DEFENDANT

## GOVERNMENT'S REPLY REGARDING MOTION TO APPOINT COUNSEL AND STAY PROCEEDINGS
*Electronically Filed*

On November 19, 2018, the United States filed a motion to appoint counsel for the defendant and to stay proceedings during the pendency of the DOJ's Capital Case Review Process. On December 7, 2018, the Court issued an order provisionally appointing Scott Wendelsorf, the Federal Public Defender, to represent the defendant; directing Mr. Wendelsorf to determine and advise the Court of the defendant's eligibility for appointed counsel; and directing Mr. Wendelsorf to respond to the United States' motion to stay proceedings. On December 14, 2018, Mr. Wendelsorf filed a response asking the Court to issue a writ of *habeas corpus ad prosequendum* directing the U.S. Marshal to take custody of the defendant and transport him to federal court for an initial appearance, at which time the Court could determine his eligibility for appointed counsel and the parties could litigate the motion to stay proceedings. The United States of America, by and through undersigned counsel, hereby responds to that pleading and recommendation.

Regarding Mr. Wendelsorf's suggestion that appointing counsel in a capital case before a defendant has formally requested counsel is an "extraordinary step," the United States notes that district courts have chosen that course in two capital-eligible cases that undersigned counsel has personally

1

prosecuted in the past year. See United States v. Purinton, Case No. 2:17-cr-20028-CM-JPO (D. Kan. 2017); In the matter of Grand Jury Investigation, Case No. 3:17-mc-1 (S.D. Iowa 2017). In both of those cases, the defendants were in state custody at the time, had not formally requested federal counsel, and had not had their eligibility for court-appointed counsel determined. The courts nonetheless appointed learned counsel to represent them in order to ensure that counsel had adequate time to prepare a defense and to make a mitigation presentation before the DOJ's Capital Case Review Committee. For those reasons, the United States recommended the same course of action in this case.

However, given Mr. Wendelsorf's opposition to that proposal, and in the interest of ensuring that the defendant obtains federal counsel in a timely fashion, rather than use additional time litigating the issue, the United States instead asks the Court to issue the proposed writ of *habeas corpus ad prosequendum* (DN 13-1) directing the United States Marshal to take custody of the defendant and transport him to federal court for an initial appearance on January 7, 2019. At the initial appearance, the Court may arraign the defendant; determine whether the defendant is eligible for court-appointed counsel; appoint counsel, if the defendant is eligible and requests counsel; and then resolve the pending motion to stay proceedings.

Respectfully submitted,

| | |
|---|---|
| RUSSELL M. COLEMAN<br>United States Attorney<br>Western District of Kentucky | ERIC S. DREIBAND<br>Assistant Attorney General<br>Civil Rights Division |
| | |
| /s/ Amanda E. Gregory<br>By: Amanda Gregory<br>Assistant United States Attorney<br>717 West Broadway<br>Louisville, KY 40202<br>Tel. (502) 582-5016<br>Fax: (502) 582-5067<br>amanda.gregory@usdoj.gov | /s/ Christopher J. Perras w/ permission<br>By: Christopher J. Perras<br>Trial Attorney<br>601 D Street, NW<br>Washington, DC 20004<br>Tel. (202) 353-5939<br>christopher.perras@usdoj.gov |

## CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2018, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system.

                                    *s/Amanda E. Gregory*
                                    Amanda E. Gregory