UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) Criminal Action No. 3:18-CR-188-CHB |
| | ) |
| v. | ) |
| | ) **MEMORANDUM OF STATUS** |
| GREGORY A. BUSH, | ) **CONFERENCE AND ORDER** |
| | ) |
| Defendant. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

A telephonic status conference was held in this matter on December 21, 2018 before the Honorable Claria Horn Boom, United States District Judge.  The Court's official reporter was Terri Turner.  The following counsel participated in the status conference.

For the United States:

    Assistant United States Attorney Amanda E. Gregory

    Assistant United States Attorney Christopher J. Perras

For the defendant(s):

    Assistant Federal Defender Don Meier (on behalf of Scott Wendelsdorf)

The Court and counsel discussed the procedural posture of the case.  Based on the discussion during the conference, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1. In light of the Writ of Habeas Corpus Ad Prosequendum filed at [R. 16], rather than counsel for the defendant advising the Court on the defendant's financial capability to contribute to the cost of his defense as previously ordered, this matter has been set for an Initial

- 2 -

Appearance and Arraignment, at which time the Magistrate Judge will determine the defendant's eligibility for appointed counsel.

    2.    The United States' **Motion to Appoint Counsel and Stay Proceedings** [**R. 9**] is **DENIED IN PART** as to the requested stay only, without prejudice, and with leave to refile after entry of the Court's Scheduling Order.

    3.    The response date set in paragraph 3 of the Court's prior Order [R. 11] is **REMANDED** pending further Order of the Court or appropriate motion by the defendant.

December 21, 2018

cc:    Scott Wendelsdorf
       Counsel of record

*Claria Horn Boom*
Claria Boom, District Judge
United States District Court

Court Time: 00/25
Court Reporter: Terri Turner