UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:18-CR-188-CHB-01 |
| | ) | |
| v. | ) | |
| | ) | |
| GREGORY A. BUSH, | ) | **ORDER FOLLOWING INITIAL** |
| | ) | **APPEARANCE AND ARRAIGNMENT** |
| Defendant. | ) | |
| | ) | |
| | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This case was called in open court on January 7, 2019, for the purposes of initial appearance and arraignment. The defendant, Gregory A. Bush, was present and in custody. Assistant United States Attorneys Amanda E. Gregory and Christopher J. Perras were present for the United States of America. The proceedings were digitally recorded.

The Court questioned the defendant under oath regarding his ability to afford counsel and found him eligible for appointed counsel. The Court appointed the Office of the Federal Public Defender to represent defendant. Federal Defendant Scott T. Wendelsdorf and Assistant Federal Defender Donald J. Meier were present in the Courtroom and accepted the appointment.

As to the matter of arraignment, defendant, by counsel, acknowledged his identity. He further acknowledged having been furnished a copy of the Indictment and advised of the nature of the charges contained therein.

Counsel, on behalf of defendant, waived formal reading of the Indictment and entered a plea of **NOT GUILTY** to the charges contained therein.

As to the matter of detention, as previously ordered (DN 19), it is hereby

**ORDERED** that the defendant be returned to the custody of Louisville Metro Department of Corrections pending further order of Court.

It is further

**ORDERED** as follows:

(1) <u>Pretrial Discovery and Inspection</u>.

    (a) <u>The United States</u>. **Within ten (10) days after entry of this Order**, the Assistant United States Attorney and defense counsel shall confer and, upon request, the United States shall fully comply with its obligation to disclose evidence in accordance with Rule 16(a) of the Federal Rules of Criminal Procedure.

    (b) <u>The Defendant</u>. **Within ten (10) days after entry of this Order**, the Assistant United States Attorney and defense counsel shall confer and, upon request, the defendant shall produce all items discoverable pursuant to Rule 16(b) of the Federal Rules of Criminal Procedure.

(2) <u>Scheduling Order</u>. A scheduling order, including a trial date and other pretrial deadlines, shall be entered by separate Order of the Court.