EXHIBIT



**OFFICE OF**
**THOMAS B. WINE**
**COMMONWEALTH'S ATTORNEY**
514 W. Liberty Street
Louisville, Kentucky 40202-2887
www.louisvilleprosecutor.com
Phone: (502) 595-2300

Erwin Roberts
FIRST ASSISTANT

February 18, 2019

Hon. Andrew Damota & Hon. Angela Elleman
200 Advocacy Plaza
719 West Jefferson Street
Louisville, KY 40202

*Re:  Commonwealth of Kentucky vs.  Gregory A. Bush*
*Indictment Number: 18CR3222*

Dear Counsel:

   I am writing to convey the Commonwealth's willingness to postpone the Kentucky Correctional Psychiatric Center (KCPC) competency evaluation as indicated at February 7, 2019, federal court proceeding by Assistant United States Attorney, Amanda Gregory.

   It is our understanding that Dr. Bhushan S. Agharkar is currently licensed in the state of Georgia and has applied for a license to practice in Kentucky in January of 2019. It is also our understanding that the application process takes sixty to ninety days. Defendant's federal counsel estimated that Dr. Agharkar's evaluation would not exceed a few days. Therefore, the Commonwealth is amenable to delay the KCPC evaluation for two weeks from the date that Dr. Agharkar is licensed in the state of Kentucky. The proposed two week delay will allow Dr. Agharkar to conduct a private evaluation without causing undue delay to the state proceedings as well as afford him the opportunity to participate in the court ordered examination under KRS 504.080(1).

   If you have any questions, or if I can provide additional information, please feel free to call me at 595-2340.

Sincerely,

MILJA ZGONJANIN
Assistant Commonwealth's Attorney