UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 3:18-CR-188-CHB |
| v. | ) ) | **ORDER CONVERTING IN COURT** |
| GREGORY A. BUSH, | ) ) ) | **STATUS CONFERENCE TO TELEPHONE CONFERENCE** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on its own motion. Due to a conflict on the Court's calendar, and neither party expressing any objection, the Status Conference in this case currently set to be held in court on October 15, 2020, [R. 51] will be converted to a status conference by telephone. Accordingly, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The in court Status Conference currently set for October 15, 2020, at 9:00 a.m., is **CONVERTED** to a telephone status conference before the Honorable Claria Horn Boom, United States District Judge. **Counsel for the parties shall connect to the Telephone Status Conference by dialing the toll-free number 1-888-363-4735 and entering access code 9522526#. Parties shall dial into the conference five (5) minutes prior to the Conference.** Any victims wishing to listen to the Telephone Status Conference may call into the above-referenced number.

This the 14th day of October, 2020.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF KENTUCKY

cc: Counsel of Record

- 1 -