UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:18-CR-188-CHB |
| | ) | |
| v. | ) | |
| | ) | **ORDER DENYING AS MOOT** |
| GREGORY A. BUSH, | ) | **PETITION FOR WRIT OF HABEAS** |
| | ) | **CORPUS AD PROSEQUENDUM** |
| Defendant. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

This matter is before the Court on United States' Petition for Writ of Habeas Corpus ad Prosequendum [R. 54]. Due to the Court having a conflict, the Status Conference scheduled for October 15, 2020 was going to be continued to October 29, 2020. However, the Court later was advised that any additional hearings scheduled for October 29, 2020, could not be properly supported by the United States Marshal due to the COVID-19 pandemic, and it was decided to convert the October 15, 2020 Status Conference from in-person to telephonic, with no objection from the parties. Accordingly,

**IT IS ORDERED** as follows:

1.   The United States' Petition for Writ of Habeas Corpus ad Prosequendum [**R. 54**] is **DENIED as moot**.

This the 16th day of October, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc:   Counsel of Record