UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

UNITED STATES OF AMERICA                                      PLAINTIFF

vs.                                              NO. 3:18-CR-00188-CHB-RSE
                                                    *Electronically Filed*

GREGORY A. BUSH                                              DEFENDANT

## NOTICE RE CAPITAL CASE DECISION

The United States of America, by counsel, submits this filing to notify the Court that the

United States Attorney General has directed the United States not to seek the death penalty in this

case.

Respectfully submitted,

RUSSELL M. COLEMAN                    ERIC S. DREIBAND
United States Attorney                Assistant Attorney General
Western District of Kentucky          Civil Rights Division
*/s/ Amanda E. Gregory*               */s/ Christopher J. Perras*
By: Amanda Gregory                    By: Christopher J. Perras
Assistant United States Attorney      Trial Attorney
717 West Broadway                     601 D Street, NW
Louisville, KY 40202                  Washington, DC 20004
Tel. (502) 582-5016                   Tel. (202) 353-5939
amanda.gregory@usdoj.gov              christopher.perras@usdoj.gov

1

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2020, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to counsel for the defendant.

*s/ Amanda E. Gregory*
Amanda E. Gregory
Assistant U.S. Attorney

2