UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Criminal Action No. 3:18-CR-188-CHB |
| | ) | |
| v. | ) | |
| | ) | **MEMORANDUM OF STATUS** |
| GREGORY A. BUSH, | ) | **CONFERENCE AND ORDER** |
| | ) | **GRANTING JOINT MOTION FOR** |
| Defendant. | ) | **CHANGE OF PLEA HEARING** |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

A telephonic status conference was held in this matter on December 4, 2020, before the Honorable Claria Horn Boom, United States District Judge. The Court's official reporter was Becky Boyd. The following counsel participated in the status conference.

For the United States:

   Amanda E. Gregory, Assistant United States Attorney

For the Defendant:

   Donald J. Meier, Assistant Federal Defender
   Aaron M. Dyke, Assistant Federal Defender

The Court and counsel discussed the procedural posture of the case. The United States Attorney General has directed the United States not to seek the death penalty in this case [R. 58]. The parties advised the Court it is anticipated Defendant Gregory A. Bush will enter a plea of guilty in the matter pending before the state court on December 15, 2020, with the condition he enter a plea of guilty in this matter. The United States and the Defendant, through counsel, jointly moved this matter be scheduled for a change of plea hearing. Based on the discussion during the conference, and the Court being otherwise sufficiently advised,

**IT IS ORDERED** as follows:

1. The United States and Defendant Gregory A. Bush's joint motion to schedule this matter for a change of plea hearing is **GRANTED**.

1. <u>Change of Plea</u>. A **change of plea hearing** is **SET** for **Thursday, February 18, 2021, at the hour of 1:00 p.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the Gene Snyder U.S. Courthouse in **Louisville, Kentucky**. If the parties intend to proceed pursuant to a written plea agreement, the United States shall submit a copy of the proposed plea agreement for the Court's review at least **one (1) business day** prior to the hearing on the Defendant's motion for change of plea. This document shall be transmitted as an electronic attachment to *boom_chambers@kyed.uscourts.gov*.

2. <u>Speedy Trial Act.</u> In light of United States and Defendant Gregory A. Bush's joint motion to schedule this matter for a change of plea hearing and upon the Court's own motion, the time between **December 4, 2020**, and **February 18, 2021**, is **DECLARED** excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(1)(D), because the delay results from a pretrial motion concerning the Defendant. Further, this case has previously been declared complex in the Court's Order [R. 26]. For the reasons stated in the Court's previous Order, this case is so unusual or so complex that it is unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself within the time limits established by 18 U.S.C. § 3161. [R. 26]; 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(ii). The Court **HOLDS** that the Motion is not made for the purpose of undue delay, nor is this continuance granted "because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." 18 U.S.C. § 3161(h)(7)(C).

This the 4th day of December, 2020.



CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY

cc: Counsel of Record
United States Probation
Jury Clerk

Court Reporter: Becky Boyd

Time: 00/05