# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF KENTUCKY
# AT LOUISVILLE
### (Filed Electronically)

**CRIMINAL ACTION NO. 3:18CR-188-CHB**
**UNITED STATES OF AMERICA,**                                                                **PLAINTIFF,**

**vs.**

**GREGORY A. BUSH,**                                                                         **DEFENDANT.**

## DEFENDANT'S SENTENCING MEMORANDUM

The Defendant, Gregory A. Bush, pleaded guilty to two counts of Hate Crime Resulting in Death, three counts of Using a Firearm in Relation to a Crime of Violence, one count of a Hate Crime with attempt to murder. There is no plea agreement. He is awaiting sentencing by this Court.

### I.

### The Pre-Sentence Report

**A.    Objections to the PSR.**

The defense has no objection to the Pre Sentence Report.

**B.    Statutory Sentencing Range.**

All counts of the indictment have a maximum punishment of life in prison. Count 6 has a minimum sentence of ten years which must be imposed consecutively to the other

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

counts.

**C.    Advisory Guideline Range**

The PSR calculates a recommended guideline range of 360 months-life, with a mandatory 10 year minimum sentence to run consecutively.  The defense does not object ot this calculation.

**D.    Requested sentence**

The serious, tragic and seemingly senseless nature of this crime is not lost on Mr. Bush.  There is nothing he can say to lessen the impact of his crimes upon the families of the victims.  What he can do is accept responsibility, which has already resulted in his incarceration for the rest of his life, where he will be safely housed, medicated, and kept in an environment which will protect him from causing future harm to the community[1].

In October, 2018, Mr. Bush was plagued by an extremely serious exacerbation of the symptoms of his chronic mental illness.  He was acting out of his psychosis and his illness at the very same time his parents were at the courthouse seeking a mental inquest warrant to hospitalize him for his and the community's safety.  By pleading guilty to these crimes, Mr. Bush is forgoing the opportunity to present a defense which would use his serious mental illness as an *excuse* for his actions.  Rather, it is offered as an *explanation*.  An attempt to explain the unexplainable.  The thought process of an individual in the throes of a serious psychotic episode cannot be fully understood by mental health professionals, let alone the

---

[1] Mr. Bush has already been sentenced in Jefferson Circuit Court to Life in Prison without the possibility of parole for crimes arising from the same incident/conduct. Case number 18CR3222.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

2

average individual. Mr. Bush is unable to make sense of it himself. He has, however, come to the realization that his mental illness must be treated, and has come to terms with the realization that the only safe way to proceed is through his treatment while incarcerated.

The actions of Mr. Bush on the day of these crimes is not consistent with his character when he is medicated and his symptoms are in remission. He is profoundly sorry for his actions, and the harm they caused Mr. Stallard, Ms. Jones, and the families. Understandably, the victims' families may feel this apology is too little, too late. If so, blame it on legal advice from lawyers.

The defense requests that the Court sentence Mr. Bush to a fair sentence which recognizes the extremely serious nature of his crimes, while taking into consideration the debilitating nature of his mental illness.[2]

/s/ Donald J. Meier
/s/ Aaron M. Dyke
Assistant Federal Defenders
200 Theatre Building
629 Fourth Avenue
Louisville, Kentucky 40202
(502) 584-0525

Counsel for Defendant.

---

[2] Of course, while also considering the other 18 U.S.C. 3553(a) factors.

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808

3

## **CERTIFICATE**

      I hereby certify that on May 25, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the attorneys of record.

/s/ Donald J. Meier

Office of the
Federal Defender
200 Theatre Building
629 Fourth Avenue
Louisville, KY 40202

Tel (502) 584-0525
Fax (502) 584-2808